

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00790-CV

**IN RE** Monique **HEMPHILL**, as Executor of Estate of Leola Mae Moton

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
               Irene Rios, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: November 1, 2023

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

On August 24, 2023, relator Monique Hemphill, as executor of the Estate of Leola Mae Moton, filed a petition for writ of mandamus complaining of a February 27, 2023 order rendered in Cause No. 2009-PC-3816, *In the Estate of Jerry D. Moton, Deceased*, pending in Probate Court No. 2, Bexar County, Texas, contending the trial court's 2023 order modified the trial court's February 6, 2012 judgment declaring heirship, and the trial court no longer maintained plenary power to modify the 2012 judgment.

On September 21, 2023, and on October 18, 2023, real party in interest Cassandra Moton, as administrator of the Estate of Jerry D. Moton, advised this court the parties reached a settlement agreement and intended to dismiss the mandamus proceeding. On October 20, 2023, relator filed

---

[1]This proceeding arises out of Cause No. 2009-PC-3816, styled *In the Estate of Jerry D. Moton, Deceased*, pending in the Probate Court No. 2, Bexar County, Texas, the Honorable Veronica Vasquez presiding.

her notice of nonsuit informing this court that she "no longer desires to prosecute this Mandamus Case," and that because the parties completely and fully resolved all matters as contained in the settlement agreement, this mandamus proceeding should be dismissed pursuant to the agreement. Accordingly, we dismiss the mandamus proceeding as moot.

PER CURIAM